**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CoxCom, Inc.**<br>**dba Cox Communications New England**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Oscar Montenegro**<br><br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C. A. No.: 04-04-384 ML** |

## MOTION TO VACATE

NOW COMES the Plaintiff, CoxCom, Inc., by and through counsel, and moves to vacate the Order entered on July 18, 2005, a copy of which is attached. (Exhibit A) In support of this Motion, Plaintiff's counsel submits that he did not ever see the facsimile dated June 23, 2005 which was an Order notifying the parties that the case would be dismissed without prejudice within 15 days for lack of prosecution. Plaintiff's counsel does not deny that it was sent by facsimile from the court. Plaintiff's counsel submits that excusable neglect exists. The facsimile may not have been properly processed at his law office, and was not seen by Plaintiff's counsel. Plaintiff's counsel submits that if he had seen such an Order, the appropriate Motion for Default Judgment would have been filed. The Order dated July 18, 2005 was not received by regular mail at counsel's law office.

Plaintiff makes this request pursuant to Rule 60 (b)(1) and (6) of the Federal Rules of Civil Procedure, and submits that the Order entered be vacated on the grounds of excusable neglect and/or for the reasons stated above.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba Cox Communications
New England
By It's Attorney,

Francis S. Holbrook II (# 3412)
Miller Scott & Holbrook
122 Touro St.
Newport, RI 02840
(401) 847-7500

## CERTIFICATION

I hereby certify that on the 11th day of August, 2005 I did send by first class mail a true and accurate copy of the within Plaintiff's Motion to Vacate to: Oscar Montenegro, 24 Edgeworth Avenue, Apt 1, Providence, RI 02904.

Francis S. Holbrook II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC.

vs. C.A. No. 04-384ML

OSCAR MONTENEGRO

ORDER

On June 23, 2005 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
July 18, 2005

Entered as an Order of this Court on July 18, 2005

Barbara Barletta
Deputy Clerk