**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **CoxCom, Inc. d/b/a** | : | |
| **Cox Communications New England** | : | |
| **Plaintiff** | : | **Case No.: 04 384 ML** |
| **vs** | : | |
| **Oscar Montenegro** | : | |
| **Defendant** | : | |

**ORDER ON DEFAULT JUDGMENT**

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment against the Defendants, ~~jointly and severally as follows~~:

1. $7,000.00 in statutory damages pursuant to Title 47 U.S.C. § 553(c)(3)(A)(ii) and 47 U.S.C. § 553(c)(3)(B)for the violation of 47 U.S.C. § 553(a);

2. Costs $195.00 pursuant to 47 U.S.C. 553(c)(2)(C);

3. The issuance of a permanent injunction pursuant to 47 U.S.C. § 553 (c)(2)(A) utilizing the following language or language of a similar nature:

   "The Court hereby enjoins the Defendants, the Defendants' respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendants or acting on the Defendants' behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in violation of provisions of Title 47; and,

4. Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961.

5. Attorney's fees of $1,100.00 pursuant to Title 47 U.S.C. 553(c)(2)(C).

**SO ORDERED.**

9/15/05
Dated:

[signature]
United States District Court Judge