# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**COXCOM, INC., d/b/a**
**Cox Communications New England**

**Vs.** **C.A. N0. 04-384ML**

**OSCAR MONENEGRO**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the plaintiff, CoxCom, Inc., d/b/a Cox Communications New England, against the defendant, Oscar Montenegro pursuant to the Order dated September 15, 2005 GRANTING Plaintiff's Motion for Entry of Default Judgment in the amount of $7,000.00 plus costs and attorney's fees in the amount of $1,100.00 for a total judgment of $8,100.00 plus post judgment interest pursuant to 26 U.S.C. §1961.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: September 16, 2005